NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE APOTEX, INC. AND APOTEX CORP.,**
*Petitioners.*

---

Miscellaneous Docket No. 941

---

On Petition for Writ of Mandamus to the United States District Court for the District of New Jersey in consolidated case nos. 07-CV-4417, 08-CV-3065, and 08-CV-4053, Judge Stanley R. Chesler.

---

## ON PETITION FOR WRIT OF MANDAMUS

---

## ORDER

Apotex, Inc. and Apotex Corp. (Apotex) submit a petition for a writ of mandamus directing the United States District Court for the District of New Jersey to enter judgment in favor of Apotex and against Hoffman-LaRoche, Inc. (LaRoche) on all LaRoche's claims related to U.S. Patent No. 4,927,814.

Upon consideration thereof,

IT IS ORDERED THAT:

LaRoche is directed to respond to the mandamus petition within 17 days of the date of filing of this order.

FOR THE COURT

**MAY 2 4 2010**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk


cc:  Steven E. Feldman, Esq.
David E. De Lorenzi, Esq.
Clerk, United States District Court for the District of
New Jersey

s20

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 2 4 2010

JAN HORBALY
CLERK